Andrew F. Sears # 7-4557
Hall & Evans, LLC
152 North Durbin Street, Suite 404
Casper, Wyoming 82601
Telephone: (307)333-6637
Facsimile: (307)333-6352
E-mail: searsa@hallevans.com
*Attorney for Defendant QBE Insurance Corporation*

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 MAY 16  PM 1:55

STEPHAN HARRIS, CLERK
CASPER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JUDITH CABLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 19CV101-S |
| | ) |
| QBE INSURANCE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S PETITION
### AND NOTICE OF REMOVAL

Defendant QBE Insurance Corporation, pursuant to Federal Rule of Civil Procedure 81(c), U.S.D.C.L.R. 81.1, and 28 U.S.C. §§ 1441 and 1446, hereby petitions this Court to remove the civil action filed by Plaintiff as Docket No. 106073 in the District Court, Seventh Judicial District, Natrona County, Wyoming to the United States District Court for the District of Wyoming. In support of this Petition, the Defendant states as follows:

1. This Court has subject matter jurisdiction over this action pursuant to 28 USC § 1332(a) because the action is between citizens of different States, and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

2. The subject state court action is removable pursuant to 28 USC § 1441(a).

Receipt # CAS002241
Summons: ____ issued
         X   not issued

3.      On March 7, 2019 Plaintiff Judith Cable filed the subject state court action against Defendant QBE Insurance Corporation in the District Court, Seventh Judicial District, Natrona County, Wyoming.  On May 6, 2019, the Plaintiff mailed to Undersigned Counsel a request to accept service of the Summons and Complaint on behalf of the Defendant.  A copy of the Complaint, Summons, letter requesting acceptance of service, and the executed Acceptance of Service is attached hereto as Exhibits 1 through 4 respectively.

4.      In its Complaint, Plaintiff pleads claims of breach of contract and bad faith.  The Plaintiff seeks to recover a principle sum of one hundred seven thousand dollars ($107,000.00), exclusive of interest and costs, plus an undetermined amount for emotional distress, punitive damages, and attorney fees.

5.      In its Complaint, Plaintiff alleges she is a resident of Natrona County, WY. *See* Exhibit 1, Plaintiff's Complaint at ¶ 1. Plaintiff further alleges that Defendant is an insurance company with its headquarters in New York, NY. *Id.* at ¶ 2. The Defendant affirmatively states that it is domiciled in Pennsylvania, with its principle place of business located at One QBE Way, Sun Prairie, WI 53596.

6.      This Petition and Notice of Removal is filed within thirty days of receipt of the summons upon Defendant in accordance with 28 U.S.C. § 1446(b).

7.      As required by 28 USC § 1446(d) and Rule 81.1 U.S.D.C.L.R., Defendant QBE Insurance Corporation is simultaneously filing a copy of this Petition and Notice of Removal with the Clerk of the District Court, Seventh Judicial District, Natrona County, Wyoming and all parties of record.

8.      Defendant submits herewith the filing fee of $400.00.

WHEREFORE, Defendant prays that the Court enter an Order of Removal.

DATED this 16th day of May, 2019.

*(signature)*

Andrew F. Sears # 7-4557
Hall & Evans, LLC
152 North Durbin Street, Suite 404
Casper, Wyoming 82601
Telephone: (307)333-6637
Facsimile: (307)333-6352
E-mail: searsa@hallevans.com
*Attorney for Defendant QBE Insurance Corporation*

## CERTIFICATE OF SERVICE

This is to certify the foregoing **Defendant's Petition and Notice of Removal** was served this 16th day of May, 2019 by U.S. Mail, postage prepaid, to the following:

Terry W. Connolly
Caleb Wilkins
PATTON & DAVIDSON, LLC
1920 Thomes Avenue, Suite 600
Cheyenne, WY 82001

*(signature)*

Andrew F. Sears

Terry W. Connolly
Caleb Wilkins
PATTON & DAVISON LLC
1920 Thomes Avenue, Suite 600
Cheyenne, Wyoming 82001

FILED
MAR 07 2019
Anne Volin Clerk of District Court
By: CONNIE ROLLINS
Deputy

IN THE DISTRICT COURT,
SEVENTH JUDICIAL DISTRICT,
NATRONA COUNTY, WYOMING

JUDITH CABLE )
 )
    Plaintiff, )
 )
vs. ) Docket No. 106073
 )
QBE INSURANCE CORPORATION )
 )
    Defendants. )
 )

## COMPLAINT

COMES NOW Plaintiff, Judith Cable, by and through her attorneys, Caleb Wilkins and Terry W. Connolly of Patton and Davison LLC, and for her Complaint against Defendant, QBE Insurance Corporation, and in support thereof states as follows:

### PARTIES AND JURISDICTION

1. Plaintiff, Judith Cable is and at all relevant times was a resident of Natrona County, Wyoming.

2. Defendant, QBE North America is a property insurance company doing business in the State of Wyoming, with headquarters in New York City, New York.

3. Jurisdiction is proper in this court because the amount in controversy exceeds $50,000.00.

4. Venue is proper in this court as the cause of action arose in Natrona County, State of Wyoming.

**EXHIBIT 1**

## FACTS

5. On April 2, 2018, Plaintiff Judith Cable entered into a contract for deed to purchase a home located at 1129 East C St, Casper, Wyoming ("Residence"). She purchased that home from Elainea VanCleve.

6. Plaintiff obtained property insurance for the home and belongings from Defendant QBE ("Policy"). That Policy was effective from May 3, 2018 to May 3, 2019.

7. The Policy from QBE covered the dwelling, other structures, personal property, and loss of use related to the Residence.

8. On July 2, 2018 a fire occurred at the Residence. As a result of that fire, the home was a total loss and defendant also lost all of her possessions in the Residence.

9. At the time of the fire, the Policy was in effect.

10. Following the loss from the fire, Plaintiff submitted a timely insurance claim to QBE under the Policy.

11. Defendant QBE has refused Plaintiff's claim and denied coverage under the Policy.

12. The Seller under the Contract for Deed has not cancelled the Contract for Deed and said contract remains in force and binding upon Plaintiff.

## FIRST CAUSE OF ACTION
## BREACH OF CONTRACT

13. Plaintiff incorporates all foregoing allegations by reference.

14. There is a valid and enforceable insurance agreement and contract between Plaintiff and Defendant.

15. That agreement/contract was in place and valid at the time of the fire at the Residence.

16. Plaintiff had paid her premium on the Policy.

17. Defendant has breached the insurance agreement and contract by denying coverage under the policy.

18. Plaintiff has been damaged by not having received the benefit of the bargain of her insurance contract and been denied her policy benefits.

## SECOND CAUSE OF ACTION
## BAD FAITH/BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

19. Plaintiff incorporates all foregoing allegations by reference.

20. There existed a valid and enforceable insurance agreement and contract between Plaintiff and Defendant.

21. Defendant has denied Plaintiff's insurance claim without any reasonable basis for denying said claim.

22. Defendant has and had knowledge and/or recklessly disregarded, the lack of a reasonable basis for denying Plaintiff's claim.

23. Plaintiff has been damaged by not receiving the benefit of her insurance policy and has incurred emotional distress and has incurred attorney fees.

24. Plaintiff is also entitled to an award of punitive damages against Defendant.

WHEREFORE, Plaintiffs pray for judgment against Defendants in the principle sum of $107,000.00, and as yet undermined amount of emotional distress and punitive damages, an award of attorney fees as allowed by law, and such prejudgment interest, costs, and such other relief as the Court deems just and proper, the premises considered.

DATED this 5th day of March, 2018.

                        JUDITH CABLE

By: _____
     Terry W. Connolly
     PATTON & DAVISON LLC
     1920 Thomes Avenue, Suite 600
     Cheyenne, Wyoming 82001

Terry W. Connolly
Caleb Wilkins
PATTON & DAVISON LLC
1920 Thomes Avenue, Suite 600
Cheyenne, Wyoming 82001

IN THE DISTRICT COURT,
SEVENTH JUDICIAL DISTRICT,
NATRONA COUNTY, WYOMING

| | |
|---|---|
| JUDITH CABLE | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| vs. | ) Docket No. 106073<br>) |
| QBE INSURANCE CORPORATION | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## SUMMONS

To the above-named Defendant: QBE Insurance Corporation
c/o Wyoming Insurance Commissioner
106 E 6th Ave
Cheyenne, WY 82001

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk and serve upon the Plaintiffs' attorneys an answer to the Complaint which is herewith served upon you, within **20 days** after service of this Summons upon you, exclusive of the day of service. (If service upon you is made outside the State of Wyoming, you are required to file and serve your answer to the Complaint within 30 days after service of this Summons upon you, exclusive of the day of service.) If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Dated this ___7___ day of March, 2019.

ANNE VOLIN
Clerk of Court

By_____
Deputy Clerk

_____
Terry W. Connolly
Patton & Davison LLC
1920 Thomes Ave Suite 600
Cheyenne, WY 82001
307-635-4111
Attorney for Plaintiff

**EXHIBIT 2**

## RETURN

I, _____, being first duly sworn on oath, depose and say that I am over the age of 21 years and am not a party to the foregoing action or interested therein, and that I made service of said *Complaint,* in the County aforesaid on the _____ day of _____, 2019, by delivering a copy of the same, together with a copy of the proceedings, to:

_____
_____
_____

By: _____
Process Server

## APPOINTMENT TO SERVE SUMMONS

At the request of the Plaintiff and in compliance with Rule 4 (c) (1) of the Wyoming Rules of Civil Procedure, I hereby appoint Rick Sargent of Civil Service in Laramie County, a person duly qualified, to serve the foregoing Summons.

_____
Clerk of Court

_____
Deputy Clerk

## AFFIDAVIT OF SERVICE

STATE OF WYOMING        }
                        } ss.
COUNTY OF LARAMIE       }

_____, being first duly sworn, on oath deposes and says that he is the identical person appointed by the Clerk of Court as above shown to make service of Summons issued in the foregoing action; that he is over the age of 21 years and is not a party to the foregoing action or interested therein, and that he made service of said Summons in the County aforesaid on the _____ day of _____, 2019 by delivering a copy of the Complaint to

_____

_____

Subscribed and sworn to before me this _____ day of _____, 2019.

My Commission expires:

_____
Notary Public

## Patton & Davison LLC

*John C. Patton*
john@pattondavison.com
*admitted WY, CO*

*Alexander K. Davison*
alex@pattondavison.com
*admitted WY, CO, NE*

1920 Thomes Avenue, Suite 600
Cheyenne, WY 82001
Telephone and Fax (307) 635-4111

*Terry W. Connolly*
terry@pattondavison.com
*admitted WY*

*Caleb C. Wilkins*
caleb@pattondavison.com
*admitted WY, CO*

Monday, May 06, 2019



RECEIVED
MAY – 8 2019
BY:..................................

Andrew Sears
Murane & Bostwick, LLC
508 W. 27th Street
Cheyenne, WY 82001

RE: Judith Cable v. QBE Insurance Corporation Docket No.: 106073

Dear Andrew,

    Please find enclosed the Summons, Complaint and Acceptance of Service for the above named matter. It is our understanding that you will be representing QBE Insurance Corporation.

    Please sign the Acceptance of Service and return the original to us in the enclosed prepaid envelope.

    If you should have any questions please do not hesitate to contact us.

Sincerely,

PATTON & DAVISON LLC

By: *Hope Hamel*

Hope Hamel, Legal Assistant

TWC/heh

**EXHIBIT 3**

IN THE DISTRICT COURT,
SEVENTH JUDICIAL DISTRICT,
NATRONA COUNTY, WYOMING

| | |
|---|---|
| JUDITH CABLE | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| vs. | ) Docket No. 106073<br>) |
| QBE INSURANCE CORPORATION | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## ACCEPTANCE OF SERVICE

COMES NOW, Defendant, QBE Insurance Corporation by and through their attorney, Andrew Sears and acknowledges receipt and service of a true and accurate copy of the Summons and Complaint issued herein; and hereby accepts service of Defendant in the above-captioned matter.

It is further acknowledged and understood that Defendant has twenty (20) days from the date hereof to answer or otherwise plead herein.

DATED this 9th day of May, 2019.

Andrew F. Sears
Murane & Bostwick, LLC
508 W. 27th St
Cheyenne, WY 82001
Attorney for Defendant

**EXHIBIT 4**

STATE OF WYOMING )
) ss.
COUNTY OF Natrona )

The foregoing Acceptance of Service was acknowledged before me on this 9th day of May, 2019, by Andrew F. Sears.

Witness my hand and official seal.

Christine Wock
Notary Public

My Commission Expires: 8.8.22

CHRISTINE WOCK - NOTARY PUBLIC
County of Natrona
State of Wyoming
My Commission Expires August 8, 2022