IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 JUL 19 AM 7:56

STEPHAN HARRIS, CLERK
CASPER

JUDITH CABLE,

    Plaintiff,

v.                                                  Civil No. 19-CV-101-SWS

QBE INSURANCE CORPORATION,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** comes before the Court on Plaintiff's Notice of Dismissal With Prejudice (Doc. 13). The parties have reached a settlement, and there are no outstanding motions or counterclaims pending at this time.

**IT IS THEREFORE ORDERED** that, pursuant to F.R.C.P. 41(a)(2), this matter is **dismissed with prejudice** and this case is closed.

DATED: July 18th, 2019.

Scott W. Skavdahl
United States District Judge